In the Interest of C.B., (A Juvenile).

Geoffrey ALLEN, Juvenile Officer, Respondents,

v.

B.S., Appellant.

No. WD 47822.

Missouri Court of Appeals, Western District.

March 15, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1994.

Application to Transfer Denied June 21, 1994.

David S. Durbin, Thomas L. Budesheim, Kansas City, for appellant.

Lori L. Stipp, Kansas City, for Juvenile Officer.

William L. Carr, Kansas City, guardian ad litem.

Before BERREY, P.J., and KENNEDY and ELLIS, JJ.

### ORDER

PER CURIAM:

Appeal from judgment terminating parental rights.

Affirmed. Rule 84.16(b).